# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

YOANNER VAZQUEZ-CARRILLO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0233

————————————————

April 8, 2026

Appeal from the Circuit Court for Pasco County; Joshua Riba, Judge.

Adriana C. Corso of Escobar, Michaels & Associates, Tampa, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Katherine Coombs Cline, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

SILBERMAN, ATKINSON, and LABRIT, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.